UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>   Plaintiff,<br><br>   v.<br><br>STARBUCKS CORPORATION,<br><br>   Defendant. | Case No. 21-cv-06729-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **June 16, 2022**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 23, 2022, at 1:30 p.m.** by Zoom Webinar and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: April 14, 2022

_____
Richard Seeborg
Chief United States District Judge